APPEAL,PROSE−NP,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:19−cv−01837−UNA</u>

JONES v. MI−BRIDGES et al
Assigned to: Unassigned
Cause: 28:1331 Fed. Question

Date Filed: 06/20/2019
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**MELVIN JONES, JR.**　　　　　　　represented by　**MELVIN JONES, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　1935 Hosler Street
　　　　　　　　　　　　　　　　　　　　　　　　　Flint, MI 48503
　　　　　　　　　　　　　　　　　　　　　　　　　810−962−6225
　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**MI−BRIDGES**

**Defendant**

**STATE OF MICHIGAN**

**Defendant**

**MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/20/2019 | | | **Initiating Pleading & IFP Application Received on 6/20/2019.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zrdj) (Entered: 06/24/2019) |
| 06/20/2019 | 1 | | COMPLAINT against MI−BRIDGES, MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES, STATE OF MICHIGAN filed by MELVIN JONES, JR. (Attachments: # 1 Civil Cover Sheet)(zrdj) (Entered: 06/24/2019) |
| 06/20/2019 | 2 | | MOTION for Leave to Proceed in forma pauperis by MELVIN JONES, JR (zrdj) (Entered: 06/24/2019) |
| 06/26/2019 | 3 | | MOTION to Amend/Correct 1 Complaint by MELVIN JONES, JR (zsb) (Entered: 06/27/2019) |
| 07/10/2019 | 4 | | ORDER TRANSFERRING PRO SE CASE to the USDC for the Eastern District of Michigan. Pro Se party has been notified by first class mail. Transfer due by |

| | | | |
|---|---|---|---|
| | | | 7/30/2019. Signed by Judge Amy Berman Jackson on 07/08/2019. (zmc) (Entered: 07/12/2019) |
| 07/15/2019 | 5 | | MOTION for Reconsideration re 4 Order Transferring Pro Se Case by MELVIN JONES, JR (zrdj) (Entered: 07/17/2019) |
| 07/17/2019 | 6 | | NOTICE OF APPEAL as to 4 Order Transferring Pro Se Case by MELVIN JONES, JR. Fee Status: No Fee Paid. Parties have been notified. (zrdj) (Entered: 07/18/2019) |
| 07/18/2019 | 7 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 6 Notice of Appeal. (zrdj) (Entered: 07/18/2019) |
| 07/22/2019 | 8 | 3 | Emergency MOTION for Preliminary Injunction by MELVIN JONES, JR (zsb) (Entered: 07/25/2019) |

Melvin jones jr - Pro Se Plaintiff
1935 Hosler St.
Flint, Michigan 48503
Ph # 810- 962 - 6225

United States District Court for the District of Columbia

Hon. JUDGE: (unassigned)

## CASE #: 1:19-cv-01837-UNA

Pro Se Plaintiff: Melvin Jones Jr.'s
EMERGENCY MOTION for
Preliminary Injunction

Melvin Jones Jr.
Plaintiff
vs.

MI-BRIDGES, The State of Michigan, Michigan Department of Health and Human Services, **United States Department of Health and Human Services, AND Federal Centers for Medicare and Medicaid Services,** Defendants

---

I, Pro Se Plaintiff, Melvin Jones Jr., respectfully request <u>EMERGENCY Motion for PRELIMINARY INJUNCTION as to my CONSTITUTIONAL CHALLENGE TO MICHIGAN STATE LAW SB 897 (2018), which is set to be implemented by the State of Michigan on January 1st, 2020</u>.

1 of 5

RECEIVED
Mail Room

JUL 22 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

INTRODUCTION:

"A plaintiff seeking a **preliminary injunction** must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of **preliminary** relief, that the balance of equities tips in his favor, and that an **injunction** is in the public interest."

RULE:

Plaintiff Melvin Jones Jr., is likely to succeed on the merits because his Constitutional Challenge to the State of Michigan's new law SB 897 (2018) which mandates work requirements for MEDICAID RECIPIENTS is clearly unconstitutional as set forth in the docket/ record for the instant case # **1:19-cv-01837-UNA.**

Plaintiff Melvin Jones Jr., is likely to suffer irreparable harm absent preliminary-relief requested --- specifically see the docket/ record for the instant case (i.e. the Plaintiff's initiating complaint; although a motion to amend/ correct the complaint is

pending as of my drafting of this motion for preliminary injunction.

Plaintiff Melvin Jones Jr., also contends that that the balance of equities tips in his favor, and that <u>an injunction is in the public interest of persons in the State of Michigan whom are Black (and/ or  Black and disabled such as Plaintiff Melvin Jones Jr.) whom are currently on Medicaid or whom intend upon applying for Medicaid, because Michigan State's NEW law - SB 897 (2018) unconstitutionally discriminates against Black residents of the State of Michigan and/ or discriminates against Disabled Black residents of the State of Michigan in favor of WHITE residents of the State of Michigan [e.g. regardless of whether the white residents are disabled or not]</u>, for example see document # 1 filed on 6-20-2019.

<u>ARGUMENT:</u>
The 14th Amendment (for example) MANDATES that my Motion for Preliminary Injunction is GRANTED.  Additionally, the 13th Amendment (for example) also MANDATES that my Motion for Preliminary Injunction is GRANTED because the

State of Michigan's NEW law --- SB 897 (2018) violates the 13th amendment because it unlawfully targets residents of the State of Michigan whom are Black and disabled [i.e. such as Pro Se Plaintiff Melvin Jones Jr], and Blacks residents in the State of Michigan.

The 13th Amendment (simplified reads):
The text of the **13th Amendment**: "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

Here, the State of Michigan's NEW law -- SB 897 (2018) has a provision which unlawfully {i.e. which disproportionately adversely affects Black residents of the State of Michigan (for example, such as disabled Black Michigan resident, Pro Se Plaintiff Melvin Jones Jr.) by subjecting them to involuntary servitude, in the form of mandated unpaid "volunteer" service as an [unlawful] condition of receiving Medicaid.... Which at the same time violates the 14th Amendment thereby is a violation of Pro Se Melvin Jones Jr.'s Constitutional Rights (and others similarly situated as Plaintiff Melvin Jones Jr.). Additionally, such violates the purpose and intent of the Medicaid program.

4 of 5

CONCLUSION:

Due to the foregoing stated reasons, my Preliminary Injunction Motion should be GRANTED; <u>whereby the Honorable District of Columbia District Court ISSUES A PRELIMINARY INJUNCTION which</u> directs the defendants MI-BRIDGES, The State of Michigan, Michigan Department of Health and Human Services, **United States Department of Health and Human Services, AND Federal Centers for Medicare and Medicaid Services to immediately and forthwith HALT the implementation of SB 897 (2018) for 1 (one) year {e.g. until January 1st, 2021} to allow for the instant case to be fully decided by the Court.**

Respectfully Submitted,

Date: July 19th, 2019

I, Melvin Jones Jr., declare per 28 USCS. 1746 that the FORSTATED IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION, knowledge and belief.

Signed: _____

Melvin Jones Jr - Pr Se Plaintiff

5 of 5

# PROOF OF SERVICE:

CASE # 1:19-CV-01837-UNA

I, Colleen Connors, declare that on 7/19/19 I served the following opposing parties with Plaintiff Melvin Jones JR's 'EMERGENCY MOTION FOR Preliminary Injunction.'

1. MDHHS (Michigan Department of Health and Human Services 235 S. Grand Ave P.O. BOX 30037 Lansing, Michigan, 48909

2. State of Michigan (Governor - Gretchen Whitmer) P.O. Box 30013 Lansing, Michigan 48909

3. MI-Bridges @ P.O. Box E. Union St. Flint, MI. 48501

4. U.S. Department of Health & Human Services 200 Independence Ave. S.W. Washington

5. U.S. Centers on Medicare & Medicaid 200 Independence Ave S.W. Washington, D.C. 20201

DATE - 7/19/19   Signed: Colleen Ann Connors